# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN M. HICKOX, | No. 4:18-CV-00227 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Mehalchick) |
| TAMMY FERGUSON and PA ATTORNEY GENERAL, | |
| Respondents. | |

## ORDER

**DECEMBER 20, 2019**

Justin M. Hickox, a Pennsylvania state prisoner, filed this 28 U.S.C. § 2254 petition seeking to vacate his convictions and sentence.[1] In his petition, Hickox asserts that his plea counsel was ineffective for: (1) failing to develop an alibi defense; (2) failing to adequately prepare for trial; and (3) coercing Hickox into entering a guilty plea.[2]

In October 2019, Magistrate Judge Karoline Mehalchick issued a Report and Recommendation recommending that this Court deny the petition.[3] Magistrate Judge Mehalchick recommends finding that two of Hickox's counts are procedurally defaulted—and no exception permits this Court to consider the merits of those claims—

---

[1] Doc. 1.
[2] *Id.* at 4-10.
[3] Doc. 26.

and that one claim is without merit.[4] Hickox filed timely objections to the Report and Recommendation.[5]

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[6] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[7] Upon de novo review, the Court finds no error in Magistrate Judge Mehalchick's conclusion that Hickox's claims are procedurally defaulted or without merit. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Karoline Mehalchick's Report and Recommendation (Doc. 26) is **ADOPTED**;

2. Hickox's 28 U.S.C. § 2254 petition (Doc. 1) is **DENIED**;

3. The Court declines to issue a certificate of appealability;[8] and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[4] *Id.*
[5] Doc. 27.
[6] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[7] 28 U.S.C. § 636(b)(1); Local Rule 72.31.
[8] *See Slack v. McDaniel,* 529 U.S. 473, 484 (2000) (setting forth legal standard).